Opinion by Associate Judge Gliekman, concurring in part and dissenting in part, with whom Associate Judges Beckwith and McLeese join in Parts I, II and III B, at page 139.
Concurring opinion by Associate Judge Beckwith with whom Associate Judge McLeese joins, at page 157.
Before Gliekman, Beckwith, and McLeese, Associate Judges.
Per Curiam
Wilfred Welsh, a member of the Chaplin Woods Homeowners Association (“HOA”), sued fellow HOA members Beverly McNeil and Alvin Elliott (the “McNeils”) on the ground that they had leased out their home in violation of the HOA’s bylaws. The McNeils brought counterclaims under the Federal Fair Housing Act[1] and the District of Columbia Human Rights Act.[2] The trial court granted summary judgment against Mr. Welsh on the *139 ground that he lacked standing and against the McNeils on the merits. Mr. Welsh and the McNeils now appeal these respective rulings.
As to Mr. Welsh’s claims, we reverse the judgment of the trial court for the reasons stated in Judge Beckwith’s opinion. As to the McNeils’ counterclaims, we reverse the trial court’s judgment for the reasons stated in Judge Glickman’s opinion. The case is remanded for further proceedings consistent with these opinions.

So ordered.

. 42 U.S.C. §§ 3601-3619 (2012).

. D.C. Code §§ 2-1402.21 to 2-1402.24, 2-1402.61 (2012 Repl.).